# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BARTHOLOMEW JONES,

    Plaintiff,

v.                                      CASE NO. 4:10cv76-RH/WCS

WARDEN: MRS. IUBRE et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 4). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Georgia, Macon Division. The clerk must take all steps necessary to effect the transfer.

    SO ORDERED on April 2, 2010.

                                                 s/Robert L. Hinkle  
                                                 United States District Judge